

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00162-CV

IN THE INTEREST OF C.L.R. AND
C.R., CHILDREN

----------

FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On May 3, 2011, Appellant Q.K.R. filed a notice of appeal from the trial court's judgment, which was signed on June 14, 2010. On May 16, 2011, we sent a letter to Appellant stating our concern that we may be without jurisdiction because no post-judgment motion was filed to extend the appellate deadline, making the notice of appeal due July 14, 2010, and thus untimely when filed almost a year later. *See* Tex. R. App. P. 25.1, 26.1. We informed Appellant that

---

[1]*See* Tex. R. App. P. 47.4.

unless he, or any party desiring to continue the appeal, filed a response showing a reasonable explanation for the late filing of the notice of appeal, on or before May 26, 2011, the appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Appellant filed a response, but it does not show grounds for continuing the appeal. Because Appellant's notice of appeal was untimely, we have no jurisdiction to consider this appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED: June 16, 2011